FILED
CLERK, U.S. DISTRICT COURT
5/30/2019
CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO SANDOVAL, | ) |
| Plaintiff, | ) CASE NO.: 2:17-cv-05278-SK )   ) |
| v. | ) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) ORDER ) AWARDING EAJA FEES ) |
| Defendant. | ) ) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND NINE HUNDRED DOLLARS AND 00/100 ($3,900.00) subject to the terms of the stipulation.

DATED: May 30, 2019

STEVE KIM
UNITED STATES MAGISTRATE JUDGE

-1-